BEFORE THE FIRST DIVISION, SEPTEMBER 19, 1960

No. 64533.—W. C. Sullivan & Company *v.* United States, protests 220617–K/5026, etc. (Chicago).

Opinion by OLIVER, C. J.   In accordance with oral stipulation of counsel that the merchandise consists of beads similar in all material respects to those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 64534.—Max Eckardt & Sons Ornament Corp. and Max Eckardt & Sons, Division of Thor Corp. *v.* United States, protests 59/9206 and 59/9426 (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64535.—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 59/26758, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64536.—U.S.D. Importing Co., Inc., et al. *v.* United States, protests 329567–K, etc. (Los Angeles).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.